IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 05-171M |
| ) | |
| WYATT MELIUS              ) | |

ORDER

AND NOW, this 18th day of July, 2007, IT IS HEREBY ORDERED that the criminal complaint in the above-captioned action is hereby dismissed, in lieu of state prosecution.

IT IS FURTHER ORDERED that, based on the agreement of the parties, Wyatt Melius is not a prevailing party for the purpose of seeking attorney fees or other litigation expenses under Pub. L. No. 105-119, §617 (Nov. 26, 1997) (known as the Hyde Amendment).

_____
UNITED STATES MAGISTRATE JUDGE

Lisa Pupo Lenihan
U.S. Magistrate Judge

FILED

JUL 19 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA